COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Melissa Dromgoole v. The State of Texas

Appellate case number: 01-13-00931-CR

Trial court case number: 1840727

Trial court: County Court at Law No. 1 of Harris County

This is an appeal from a sentence imposed on October 11, 2013. Appellant filed her notice of appeal on October 11 2013. *See* TEX. R. APP. P. 26.2. The record was due on December 10, 2013. *See* TEX. R. APP. P. 4.1(a), 35.2. The clerk's record was filed on December 9, 2013. The reporter's record has not been filed. The Court has been informed that court reporter Terri Johnstone and court reporter Cylena Korkmas have both taken portions of the reporter's record for this appeal.

On January 15, 2014, the Court notified appellant that unless appellant either paid or provided proof of having made payment arrangements for the reporter's record by February 14, 2014, the Court may consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

On February 12, 2014, court reporter Terri Johnstone filed a motion for extension, informing the Court that appellant paid for her portion of the reporter's record and requesting an extension to file the reporter's record until March 14, 2014. *See* TEX. R. APP. P. 35.3(c). Terri Johnstone's motion for extension is GRANTED. Terri Johnstone is ordered to file her portion of the reporter's record by March 14, 2014.

With respect to Cylena Korkmas's portion of the reporter's record, appellant is notified that this appeal with be considered without the portion of the reporter's record taken by Cylena Korkmas unless on or before March 5, 2014 the appellant causes the record to be filed in this Court by paying for the record. *See* TEX. R. APP. P. 37.3(c). If appellant pays for and causes Cylena Korkmas's portion of the reporter's record to be filed after March 5, 2014, it will not affect the deadline for appellant's brief. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley

☑ Acting individually     ☐ Acting for the Court

Date: February 27, 2014